UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

OWEN MARLON ALEXANDER,

Plaintiff,

v.

ANDREEA GLEESON, et al.,

Defendants.

---------------------------------------------------------------X

JUDGMENT

23-CV-05663 (PKC) (RER)

An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on October 4, 2023, dismissing Plaintiff's Amended Complaint as frivolous, *See* 28 U.S.C. § 1915(e)(2)(B); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

ORDERED and ADJUDGED that Plaintiff's Amended Complaint is dismissed as frivolous, *See* 28 U.S.C. § 1915(e)(2)(B); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, New York
October 5, 2023

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk