ORIGINAL

RECEIVED
OCT 20 2023
PRO SE OFFICE

NOTICE OF APPEAL

* * * * * * * * * * *

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NEW YORK

______________________________________X

OWEN MARLON ALEXANDER,

Plaintiff:

v.

ANDREEA GLEESON

TUNECORE INC.

NOTICE OF APPEAL

DR. PHILLIP NICHOLS

Docket No. 1:23-cv-05663-PKC-RER

NEW YORK CITY & THE DEPARTMENT OF HOMELESS SERVICES

THE OFFICE OF THE OMBUDSMAN

ARIEL VARGAS

ACACIA NETWORK

LYMARIS ALBORS

JASMILKA GONZALEZ

ASHELY MARRERO

HAMMOND JOHN

REANAINA THOMAS

CLARA GARCIA

BRENDA ROSEN

THOMAS WASHINGTON

FELICESADE BRANT

DAVIDSON HEADLEY

KELLNER, HERLIHY, GETTY & FRIEDMAN, LLP

LYNN VAIRO

NATASHA PAYSON

KEREN MORALES

CHRISTOPHER WRAY

NEW YORK CITY & THE DEPARTMENT OF JUSTICE

MICHAEL WEISBERG

CHERY J. GONZALEZ

DEBRA KAPLAN

BRIAN M. COGAN

MONIQUE GUIRY

KATHY HOCHUL

THE ROMAN CATHOLIC CHURCH & THE VATICAN POPE SEE / SEA

ARCBISHOP CHRISTOPHE PIERRE, APOTOLIC NUNCIO

MERLYN CECILIA ALEXANDER

MEHBOOB AHEMED

Defendants:

_____________________________________________X

Notice is hereby given that OWEN MARLON ALEXANDER hereby appeals to the United States Court of Appeals for the Second Circuit from the decision made by Judge Pamela K. Chen, entered in this action on the 4th day of October, 2023. As soon thereafter as counsel can be heard, for an order to Rule 27 of the Federal Rules of procedure.

Granting such order and further reconsideration as well as relief that may be just and proper.

Owen Marlon Alexander

OWEN MARLON ALEXANDER,
P.O. BOX 1049
NEW YORK, NEW YORK, 10163
347-785-7015

10/18/2023

Date: October 18th 2023

PATRICK A ONAPHIE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ON5078990
Qualified in Bronx County
My Commission Expires June 02. ~~2023~~ 2027