

RECEIVED
OCT 20 2023
PRO SE OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

————————————————X

OWEN MARLON ALEXANDER,

             Plaintiff,

     Against:

NOTICE OF MOTION REOPEN

CASE#: 1: 23-cv-05663-PKC-RER

ANDREEA GLEESON

TUNECORE INC.

DR. PHILLIP NICHOLS

NEW YORK CITY & THE DEPARTMENT OF HOMELESS SERVICE

THE OFFICE OF THE OMBUDSMAN

ARIEL VARGAS

ACACIA NETWORK

LYMARIS ALBORS

JASMILKA GONZALEZ

ASHELY MARRERO

HAMMOND JOHN

RENAINA THOMAS

CLARA GARCIA

BRENDA ROSEN

THOMAS WASHINGTON

FELICESADE BRANDT

DAVIDSON HEADLEY

KELLNER, HERLIHY, GETTY & FRIEDMAN, LLP

LYN VAIRO

NATASHA PAYSON

KAREN MORALES

CHRISTOPHER WRAY

NEW YORK CITY & THE DEPARTMENT OF JUSTICE

MICHAEL WEISBERG

CHERY J. GONZALES

DEBRA KAPLAN

BRIAN M. COGAN

MONIQUE GUIRY

KATHY HOCHUL

THE ROMAN CATHOLIC CHURCH & THE VATICAN POPE SEE / SEA

ARCBISHOP CHRISTOPHER PIERRE, APOTOLIC NUNCIO

MERLYN CECILIA ALEXANDER

MEHBOOB AHEMED

$\hspace{3cm}$ Defendants

_____X

PLEASE TAKE NOTICE  that upon the annexed affidavit,


OWEN MARLON ALEXANDER, makes the following affirmation under the


penalties of perjury,


_____October 18th_____, 20 23___ and upon the complaint herein,


Plaintiff will move this Court to, Judge Pamela K. Chen, U.S.D.J., in room_____,


United States Courthouse, Brooklyn, New York, 11201,


On the _____ day of _____, 20_____, at _____ am/pm or


As soon thereafter as counsel can be heard, for an order pursuant to Rule 27 of


the Federal Rules of Civil procedure granting reconsideration of

Judge Pamela K. Chen, decision due to the virtue of the following:

1.  The plaintiff asked the courts for a jury.

2.  The defendants in this complaint were not notified that actions was taken against the defendants.

3.  The Amended complaint was dismissed as frivolous which questions the merits of the judicial system.

4.  This action is based on violations of the plaintiff civil liberties as well as the plaintiff equal opportunities.

5.  Based on the corruption within the judicial branch of the courts, government, the entertainment industry, housing industry, the medical and mental health industry, the defendants deliberately humiliate the plaintiff to emasculate the plaintiff as a form of entertainment.

6.  The plaintiff amended complaint is justified under constitutional law and therefore the plaintiff is requesting the courts to reconsider judgement and relief as mentioned in the plaintiff amended complaint thereafter.

7.  The plaintiff was notified by the United States Environmental Protection Agency (EPA) that the plaintiff claims is in connection with the Central Intelligence Agency (CIA).

8.  The plaintiff complaints was transferred to the Central Intelligence Agency (CIA) and is awaiting communications from the Central Intelligence Agency (CIA).

9.  In plaintiff relief statement the plaintiff requested a meeting of the minds with the president and vice president.

10. The plaintiff did not request a presidential pardon, that would insinuate that the plaintiff is or would be incarcerated for being truthful.

11. By dismissing the plaintiff amended complaint violates the plaintiff 1st, and 4th amendment rights which is a violation of the plaintiff constitutional rights.

12. Judge Pamela K. Chen's decision was base on the two complaint previously entered and not the amended complaint as requested by judge Pamela K. Chen.

WHEREFORE, the plaintiff respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Dated: _____10/18/2023_____

_____Owen Marlon Alexander_____

OWEN MARLON ALEXANDER,

PLAINTIFF PRO SE

P.O. BOX 1049

NEW YORK, NEW YORK 10163

347-785-7015

10/18/2023

PATRICK A ONAPHIE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ON5078990
Qualified in Bronx County 2027
My Commission Expires June 02, 2023

 **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
Washington, D.C. 20460

OFFICE OF
GENERAL COUNSEL

September 27, 2023

Central Intelligence Agency
Office of Public Affairs
Washington, D.C. 20505

Re: Administrative Tort Claim of Owen Alexander

Dear Sir or Madam:

The U.S. Environmental Protection Agency (EPA) received the above-referenced administrative tort claim on or about July 24, 2023. Because it concerns claims in connection with the Central Intelligence Agency, we are transferring the attached claim to your office for purposes of responding to and adjudicating this claim.

As set forth in the additional attachment, I have informed claimant of this transfer and have advised him to direct all further communications regarding the claim to your office.

Please contact us at 202-564-2738 to confirm your receipt of this claim. Also, please do not hesitate to contact us if you have any questions or require any further information from EPA. Thank you in advance for your cooperation.

Sincerely.
Office of General Counsel
Civil Rights and Finance Law Office

cc: Owen Alexander

Enclosures:
Copy of claim and letter to claimant

 **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
Washington, D.C. 20460

OFFICE OF
GENERAL COUNSEL

September 27, 2023

Owen Alexander
P.O. Box 1049
New York, NY 10163

RE:    Administrative Tort Claim of Owen Alexander

Dear Owen Alexander:

     I am sending this in response to the above-referenced administrative tort claim which you presented to the U.S. Environmental Protection Agency (EPA).  This office received your claim on or about July 24, 2023.

     Because this does not appear to involve EPA or any of its employees, we are transferring your claim to the Central Intelligence Agency. All further communication regarding your claim should be directed to the following:

                 Central Intelligence Agency
                 Office of Public Affairs
                 Washington, D.C. 20505

     Please do not hesitate to contact us at 202-564-2738 if you have any questions.

                 Sincerely,
                 Office of General Counsel
                 Civil Rights and Finance Law Office

Enclosure:
Copy of correspondence referring claim to Central Intelligence Agency