Generated: Nov 3, 2023 2:41PM

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Nov 3, 2023 2:41PM

Owen Marlon Alexander

Rcpt. No: 100010612                    Trans. Date: Nov 3, 2023 2:41PM                    Cashier ID: #JH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | DNYE123CV005663<br>**FBO**: Owen Marlon Alexander | 1 | 505.00 | 505.00 |

| CD | Tender | | Amt |
|-----|--------|---|-----|
| CA | Cash | | $505.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $505.00 |
| Total Tendered: | $505.00 |
| Total Cash Received: | $505.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.